Circuit Court for Anne Arundel County
Case No. C-02-CV-26-000603
Argued: April 13, 2026

IN THE SUPREME COURT

OF MARYLAND

No. 63

September Term, 2025

_____

JOHN CALVIN DOVE, JR.

v.

GARY SIMMONS, ET AL.

_____

Fader, C.J.
Watts
Booth
Biran
Gould
Eaves
Killough,

JJ.

_____

PER CURIAM ORDER

_____

Filed: April 13, 2026

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|  | * | IN THE |
| JOHN CALVIN DOVE, JR. | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| GARY SIMMONS, ET AL. | * | No. 63 |
|  | * | September Term, 2025 |
|  | * |  |

PER CURIAM ORDER

Before the Court is the challenge by Appellant, John Calvin Dove, Jr., to the judgment of the Circuit Court for Anne Arundel County entered on April 6, 2026, granting the petition filed by the Appellee, Gary Simmons, and disqualifying Mr. Dove from the ballot for State Delegate from District 12B in the primary election in June 2026. For reasons to be set forth in an opinion to be filed later, it is this 13th day of April 2026, by the Supreme Court of Maryland,

ORDERED that the judgment of the Circuit Court for Anne Arundel County is affirmed; and it is further

ORDERED that costs are to be paid by the Appellant. The mandate shall issue forthwith.

　　/s/ Matthew J. Fader
Chief Justice